UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GAY L. TAPPON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. CAROLYN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. C13-1511-TSZ-BAT<br><br>**ORDER REVERSING THE COMMISSIONER** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 22, concerning which no objection was timely filed, does hereby find and **ORDER**:

　　(1)　The Court **ADOPTS** the Report and Recommendation.

　　(2)　The final decision of the Commissioner is **REVERSED**, and this case is **REMANDED** for additional administrative proceedings pursuant to sentence four.

　　(3)　The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 13th day of March, 2014.

　　　　　　　　　　　　　　　　　　/s/ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER REVERSING THE COMMISSIONER - 1